IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAXTON COOPER a/k/a RA'QUEEM ALI MOOR RAMSES FREEMAN BEY | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA; M. LOUIS GIORLA; MICHAEL NUTTER; LOUIS GIORLA; MAY; MOORE; DELANEY; KNIGHT | : : : : | No. 11-5314 |

## ORDER

AND NOW, this 27th day of February, 2015, upon consideration of "Plaintiff Motion to Stay: 'Take to Trial'" (paper no. 19), construed as a motion for reconsideration, it is **ORDERED** that plaintiff's motion for reconsideration (paper no. 19) is **DENIED** for the reasons in the attached memorandum. The action shall remain closed.

/s/ Norma L. Shapiro
_____
J.